| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ellwood Medical Center Real Estate, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BQR Capital, LLC C/O Pelorus Equity Group, Inc. 124 Tustin Avenue, Suite 200 Newport Beach, CA 92663** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| **Carol E. Momjian Senior Deputy Attorney General-in-Charge Fin. Enforcement Sec., PA Off. Att. Gen. 1600 Arch Street, Suite 300 Philadelphia, PA 19103** | | | | | | **$0.00** |
| **Jason L. Swartley Chief Deputy Attorney General Fin Enf. Sec., PA Off. Att. Gen. Strawberry Square, 15th Floor Harrisburg, PA 17120** | | | | | | **$0.00** |
| **Lesrig Holdings, LLC 23461 S. Pointe Drive Laguna Hills, CA 92653** | | | | | | **$0.00** |

Debtor **Ellwood Medical Center Real Estate, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leyda Bequer, Trustee of Bequer Trust**<br>23461 S. Pointe Drive, Suite 215<br>Laguna Hills, CA 92653 | | | Disputed | **Unknown** | **$0.00** | **Unknown** |
| **Pelorus Fund, LLC**<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 | | | Disputed | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |
| **Penn Med LLC**<br>C/O Jeffery P. Meyers<br>Myers Law Group LLC<br>17025 Perry Highway<br>Warrendale, PA 15086 | | | Disputed | **$5,257,049.00** | **$0.00** | **$5,257,049.00** |
| **The Third Friday Total Return Fund, L.P.**<br>C/O Michael E. Lewitt<br>85 N. Congress Avenue<br>Delray Beach, FL 33445 | | | Disputed | **Unknown** | **$0.00** | **Unknown** |